AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Windward Bora, LLC <br><br> *Plaintiff(s)* <br> v. <br> DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY AS TRUSTEE FOR MORTGAGEIT TRUST 2005-5, MORTGAGE-BACKED NOTES, SERIES 2005-5 <br> *Defendant(s)* | Civil Action No. 20cv6221(JMA)(AYS) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY AS TRUSTEE FOR MORTGAGEIT TRUST 2005-5, MORTGAGE-BACKED NOTES, SERIES 2005-5
60 Wall Street
New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hasbani & Light, P.C.
450 Seventh Avenue
Suite 1408
New York, NY 10123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 12/23/2020

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*