IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINDWARD BORA, LLC,<br><br>          Plaintiff,<br>-against-<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY AS TRUSTEE FOR MORTGAGEIT TRUST 2005-5, MORTGAGE-BACKED NOTES, SERIES 2005-5,<br><br>         Defendant. | Docket Number: 2:20-cv-06221<br><br>**AFFIRMATION OF MAILING** |

  I, Danielle P. Light, declare under penalty of perjury that I have served a copy of the following documents via email upon Lijue Phillips (lphilip@stradley.com):

1. The Complaint (ECF No. 1).
2. Plaintiff's request for a certificate of default (ECF Nos. 7, 7-1, 7-2, 7-3, 7-4), and the Clerk's certificate of default (ECF No. 8).
3. Plaintiff's present motion for a default judgment (ECF Nos. 14, 14-1, 14-2, 14-3, 14-4, 14-5, 14-6, 14-7, 14-8, 14-9).
4. A current copy of the docket sheet in this action.

Dated: New York, New York
   September 6, 2022     BY: */s/ Danielle P. Light*
                   Danielle P. Light, Esq.